In the Matter of YASMINE F., an Infant. JUNIOR F., Appellant; EDWIN GOULD SERVICES FOR CHILDREN, Respondent.

Submitted January 9, 2017; decided March 23, 2017

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.